

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00333-CV

| | | |
|---|---|---|
| Emmett Rogers | § | From the 43rd District Court |
| | § | of Parker County (CV11-0643) |
| v. | | |
| | § | August 1, 2013 |
| Robert Orr and Walkcon, Ltd. | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bill Meier